IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DEWAYNE BEARDEN, | ) No. C 05-1427 MMC (PR) |
| Plaintiff, | ) **ORDER DENYING MOTION FOR** |
| v. | ) **PRELIMINARY INJUNCTION** |
| CHIEF MEDICAL OFFICER LEE, | ) (Docket No. 14) |
| Defendant. | ) |
| _____ | ) |

Plaintiff, proceeding pro se and currently incarcerated in a California prison, filed the above-titled civil rights action under 42 U.S.C. § 1983, alleging he was provided inadequate medical care at Salinas Valley State Prison ("SVSP"). The Court found plaintiff's claims cognizable, and ordered them served upon defendant. Plaintiff has filed a motion for a preliminary injunction against numerous SVSP officials, seeking to stop their "unprofessional behavior" and an order to provide him with proper medical care. Plaintiff has neither complied with the notice requirement of Rule 65(a)(1) of the Federal Rules of Civil Procedure, nor certified the reasons for his not providing such notice, as required by Rule 65(b) of the Federal Rules of Civil Procedure. Accordingly, plaintiff's request for a preliminary injunction is DENIED.

This order terminates Docket No. 14.

IT IS SO ORDERED.

DATED: October 19, 2005

_____
MAXINE M. CHESNEY
United States District Judge