IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DEWAYNE BEARDEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHIEF MEDICAL OFFICER LEE,<br><br>　　　　Defendant.<br>_____ | )　No. C 05-1427 MMC (PR)<br>)<br>)　**ORDER GRANTING EXTENSION OF**<br>)　**TIME; DENYING MOTION FOR**<br>)　**APPOINTMENT OF COUNSEL;**<br>)　**GRANTING MOTION TO**<br>)　**SUPPLEMENT**<br>)<br>)<br>)　(Docket Nos. 17-19) |

　　　Plaintiff, proceeding pro se and currently incarcerated in a California prison, filed the above-titled civil rights action under 42 U.S.C. § 1983, alleging he was provided inadequate medical care at Salinas Valley State Prison ("SVSP"). Good cause appearing, defendants' motion for an extension of time, in which to file a dispositive motion is GRANTED. Defendants shall file such a motion within sixty days of the date this order is filed.

　　　Plaintiff's second request for appointment of counsel is DENIED for the reasons explained in the Court's denial of his first request. Plaintiff shall not continue to request appointment of counsel. As the Court stated in connection with the denial of his previous request, the Court will appoint counsel sua sponte should the circumstances of this case so warrant in the future. Plaintiff's motion to supplement the attachments to his complaint with additional documents is GRANTED.

　　　This order terminates Docket Nos. 1, 18, and 19.

　　　IT IS SO ORDERED.

DATED: November 1, 2005

　　　　　　　　　　　　　　　　　　_/s/ Maxine M. Chesney_
　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge