1

2

3                          IN THE UNITED STATES DISTRICT COURT

4                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6    GARY DEWAYNE BEARDEN,                )   No. C 05-1427 MMC (PR)
                                          )
7              Plaintiff,                 )   **ORDER DENYING MOTION FOR**
                                          )   **TEMPORARY RESTRAINING**
8         v.                              )   **ORDER OR PRELIMINARY**
                                          )   **INJUNCTION**
     CHIEF MEDICAL OFFICER LEE,           )
9                                         )
               Defendant.                 )   (Docket No. 30)
10   _____  )

11        Plaintiff, a California prisoner proceeding pro se, filed the above-titled civil rights

12   action under 42 U.S.C. § 1983, alleging that a medical officer at Salinas Valley State Prison

13   has failed to provide him with an MRI for treatment of his back condition.  The Court found

14   plaintiff's claim, when liberally construed, to be cognizable, and ordered the complaint

15   served upon defendant.  Now before the Court is plaintiff's motion for a temporary

16   restraining order or preliminary injunction, by which plaintiff seeks an order directing that he

17   receive a one milligram increase in the daily dosage of his pain medication.  To be entitled to

18   such relief, a plaintiff must demonstrate a likelihood of success on the merits of his claim.

19   See Bernhardt v. Los Angeles County, 339 F.3d 920, 925 (9th Cir. 2003).  Here, plaintiff has

20   not demonstrated he is likely to succeed in proving that the failure to increase his pain

21   medication by one milligram per day rises to the level of deliberate indifference to his serious

22   medical needs, as required to support a claim under the Eighth Amendment.  Accordingly,

23   plaintiff's request for a temporary restraining order or preliminary injunction is  DENIED.

24        This order terminates Docket No. 30.

25        IT IS SO ORDERED.

26   DATED: March 13, 2006

27                                              _____
                                                MAXINE M. CHESNEY
28                                              United States District Judge

*United States District Court*
*For the Northern District of California*