IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY DEWAYNE BEARDEN,

        Plaintiff,

v.

CHIEF MEDICAL OFFICER LEE,

        Defendant.
                                /

No. CV-05-1427 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** defendant Dr. Lee's motion for summary judgment is hereby GRANTED. Plaintiff's motions for clarification and for a preliminary injunction or temporary restraining order are hereby DENIED.

Dated: October 1, 2007                                    Richard W. Wieking, Clerk

                                                                  By: Tracy Lucero
                                                                  Deputy Clerk